

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2014

No. 04-14-00291-CV

**IN THE INTEREST OF N.S.**, A Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1997-PA-01542
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant's notice of appeal was filed in this court on April 28, 2014. The clerk's record is due on May 27, 2014. The trial court clerk has filed a notification of late record stating that the clerk's record may not be timely filed because appellant has failed to pay or make arrangements to pay the fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **within ten (10) days** from the date of this order that **either** (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee, **or** (2) appellant is entitled to appeal without paying the clerk's fee.

If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court